UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
AT HARTFORD

| | |
|---|---|
| Antoinette C. Taylor, as an individual | ) CIVIL ACTION NO. ________________ |
| | ) |
| Plaintiff, | ) COMPLAINT FOR: |
| | ) |
| v. | ) 1. THE FEDERAL |
| | ) COMMUNICATIONS |
| | ) ACT (47 U.S.C. § 201 *et seq.*) |
| | ) 2. INTRUSION UPON SECLUSION |
| | ) 3. PUBLIC DISCLOSURE OF |
| AT&T, Inc.; Reid and Riege, P.C.; and | ) PRIVATE |
| Brian O'Donnell, Individually and in his | ) 4. NEGLIGENCE |
| capacity as an employee of Reid and Riege, P.C., | ) 5. ATTORNEYS' FEES & COSTS |
| Inclusive liable, | ) UNDER O.C.GA. § 13-6-11 |
| | ) 6. PUNITIVE DAMAGES |
| Defendants. | ) 7. TORTIOUS INTERFERENCE |
| | ) 8. ABUSE OF PROCESS |
| | ) 9. RESPONDEAT SUPERIOR/ |
| | ) VICARIOUS LIABILITY |
| | ) |
| | ) ORAL ARGUMENT/TESTIMONY |
| | ) AND JURY TRIAL DEMANDED |
| | ) |

Exhibit A

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

ANTOINETTE C. TAYLOR
*Plaintiff*
v.
PHYLLIS A. FRAZIER
*Defendant*

Civil Action No. 3:24-cv-01041-KAD

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: AT&T Corp.
c/o Secretary of State, 165 Capitol Avenue, Hartford, CT 06115-0470
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All records sufficient to identify the subscriber and/or account holder associated with telephone number 502-487-1751 on January 3, 2024, including but not limited to the account holder's name, billing address, and any other account records establishing who held, owned, or was assigned that telephone number on that date.

| Place: Reid & Riege, P.C.<br>One Financial Plaza, 21st Floor<br>755 Main Street, Hartford, CT 06103 | Date and Time:<br>June 4 at 10:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/20/2026

*CLERK OF COURT*

_______________________
*Signature of Clerk or Deputy Clerk*

OR

Mary M Miller
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Phyllis A. Frazier, who issues or requests this subpoena, are:

Mary Miller, One Financial Plaza, 21st Fl., Hartford, CT 06103 mmiller@rrlawpc.com 860-240-1059

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).