UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
AT HARTFORD

| | |
|---|---|
| Antoinette C. Taylor, as an individual | ) CIVIL ACTION NO. ________________ |
| | ) |
| Plaintiff, | ) COMPLAINT FOR: |
| | ) |
| v. | ) 1. THE FEDERAL COMMUNICATIONS ACT (47 U.S.C. § 201 *et seq.*) |
| | ) 2. INTRUSION UPON SECLUSION |
| | ) 3. PUBLIC DISCLOSURE OF PRIVATE |
| AT&T, Inc.; Reid and Riege, P.C.; and Brian O'Donnell, Individually and in his capacity as an employee of Reid and Riege, P.C., Inclusive liable, | ) 4. NEGLIGENCE<br>) 5. ATTORNEYS' FEES & COSTS UNDER O.C.GA. § 13-6-11<br>) 6. PUNITIVE DAMAGES |
| Defendants. | ) 7. TORTIOUS INTERFERENCE |
| | ) 8. ABUSE OF PROCESS |
| | ) 9. RESPONDEAT SUPERIOR/ VICARIOUS LIABILITY |
| | ) |
| | ) ORAL ARGUMENT/TESTIMONY AND JURY TRIAL DEMANDED |
| | ) |

Exhibit B

REID&RIEGE ATTORNEYS 75TH ANNIVERSARY 1950 2025

**Mary Mintel Miller**
**Attorney**

Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

D (860) 240-1059
C (860) 502-5820
F (860) 240-1002
E mmiller@rrlawpc.com

rrlawpc.com

May 15, 2026

**Via First Class Mail and Email PDF**
Antoinette Taylor
P.O. Box 793
Shelbyville, KY 40066
seekmyface2024@gmail.com

**Re: AT&T Records**

Dear Ms. Taylor:

Please find enclosed all records received in response to our subpoena to AT&T.

Very truly yours,

Mary M. Miller

Mary Mintel Miller

Encls.

027532.000000/36467556.1