UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
AT HARTFORD

| | |
|---|---|
| Antoinette C. Taylor, as an individual | ) CIVIL ACTION NO. ________________ |
| | ) |
| Plaintiff, | ) COMPLAINT FOR: |
| | ) |
| v. | ) 1. THE FEDERAL COMMUNICATIONS ACT (47 U.S.C. § 201 *et seq.*) |
| | ) 2. INTRUSION UPON SECLUSION |
| | ) 3. PUBLIC DISCLOSURE OF PRIVATE |
| AT&T, Inc.; Reid and Riege, P.C.; and Brian O'Donnell, Individually and in his capacity as an employee of Reid and Riege, P.C., Inclusive liable, | ) 4. NEGLIGENCE |
| | ) 5. ATTORNEYS' FEES & COSTS UNDER O.C.GA. § 13-6-11 |
| | ) 6. PUNITIVE DAMAGES |
| Defendants. | ) 7. TORTIOUS INTERFERENCE |
| | ) 8. ABUSE OF PROCESS |
| | ) 9. RESPONDEAT SUPERIOR/ VICARIOUS LIABILITY |
| | ) |
| | ) ORAL ARGUMENT/TESTIMONY AND JURY TRIAL DEMANDED |

Exhibit E

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ANTOINETTE C. TAYLOR,** | : **Civil Action No. 3:24-cv-01041-KAD** |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : |
| **PHYLLIS A. FRAZIER,** | : |
| **Defendant.** | : **MAY 19, 2026** |

## DEFENDANT'S FOURTH SET OF DISCOVERY SERVED ON PLAINTIFF

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, defendant Phyllis A. Frazier hereby serves this fourth set of discovery on Plaintiff Antoinette Taylor ("Taylor"). Taylor shall answer each interrogatory fully and separately, in writing and under oath, and deliver the same, along with responses to the requests for production and requested documents, to the offices of Reid and Riege, P.C., 1 Financial Plaza, 21st Fl., Hartford, CT 06103, within thirty (30) days from the date of service hereof.

## DEFINITIONS

1. Frazier hereby incorporates by reference the definitions and rules of construction set forth in the Federal Rules of Civil Procedure and Rule 26 of the Local Rules for the District of Connecticut as if fully set forth herein.

2. "Complaint" is defined as the Amended Complaint filed in this action and dated March 26, 2025.

3. "Document" is defined pursuant to Local Rule 26 which is incorporated here by reference.

4. "Identify" is defined pursuant to Local Rule 26, which is incorporated here by reference.

## INTERROGATORIES

1. Identify all persons with whom you spoke at the Connecticut Department of Children and Families on January 3, 2024.

**ANSWER:**

2. Identify the substance of each conversation you had with each person at the Connecticut Department of Children and Families on January 3, 2024.

**ANSWER:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

Produce the following:

1. Any documents, including notes you took, concerning your alleged conversation with AT&T that you described in your Declaration dated February 18, 2026, and/or your calls to the Norwalk Police Department on January 3 .

**ANSWER:**

2. Any documents, including notes you took, concerning your conversation with the Norwalk Police Department on January 3, 2024.

**ANSWER:**

3. Any documents, including notes you took, concerning your conversation with the Connecticut Department of Children and Families on January 3, 2024.

**ANSWER:**

**DEFENDANT**
**PHYLLIS A. FRAZIER**

By: /s/ Brian O'Donnell
Brian O'Donnell (ct16041)
Mary Mintel Miller (ct28994)
Reid and Riege, P.C.
One Financial Plaza, 21st Floor.
Hartford, CT 06103
Telephone: (860) 240-1059
Fax: (860) 240-1002
bodonnell@rrlawpc.com
mmiller@rrlawpc.com

## OATH OF ANTOINETTE TAYLOR

I have read the foregoing and, to the best of my knowledge and belief, they are true, accurate and complete. So affirmed, this ___ day of ____________ 2026. I declare under penalty of perjury under the laws of the Commonwealth of Kentucky that the foregoing is true and correct.

_________________________________
Antoinette Taylor

Date: ____________________________

COMMONWEALTH OF KENTUCKY :
: ss:
COUNTY OF ______________________:

Then and there appeared before me, a notary public of the Commonwealth of Kentucky, was Antoinette Taylor, who affirmed under oath the truth and accuracy of the responses propounded to the Interrogatories submitted herewith.

_________________________________________
By:
Notary Public
My Commission Expires:

**CERTIFICATE OF SERVICE**

This is to certify that on May 19, 2026, a copy of the foregoing was served by first class mail on:

Antoinette C. Taylor
P.O. Box 793
Shelbyville, KY 40066

/s/ Brian O'Donnell
Brian O'Donnell (ct16041)