AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MAY 26 2026 PM12:20 FILED USDC-CT-HARTFORD

| | | |
|---|---|---|
| Antoinette C. Taylor<br>*Plaintiff(s)*<br>v.<br>AT&T, Inc.<br>*Defendant(s)* | ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AT&T, Inc.
c/o Office of the Secretary of State
165 Capitol Avenue, Suite 1000
Hartford, Connecticut 06115 0470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Antoinette C. Taylor
P.O. Box 793
Shelbyville, Kentucky 40066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/26/2026

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

MAY 26 2026 PM12:20
FILED-USDC-CT-HARTFORD

| | |
|---|---|
| Antoinette C. Taylor<br>*Plaintiff(s)*<br>v.<br>AT&T, Inc.<br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AT&T, Inc.
Whitacre Tower
208 South Akard Street
Dallas, Texas 75202 4200

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Antoinette C. Taylor
P.O. Box 793
Shelbyville, Kentucky 40066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/26/2026

*Signature of Clerk or Deputy Clerk*

MAY 26 2026 PM12:20
FILED-USDC-CT-HARTFORD

# UNITED STATES DISTRICT COURT

for the

Antoinette C. Taylor

*Plaintiff(s)*

v.

Reid and Riege, P.C.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Thomas R. Kasper, Registered Agent of
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
755 Main Street
Hartford, Connecticut 06103 2712

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Antoinette C. Taylor
P.O. Box 793
Shelbyville, Kentucky 40066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/26/2026

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

MAY 26 2026 PM12:20
FILED-USDC-CT-HARTFORD

| | | |
|---|---|---|
| Antoinette C. Taylor<br>*Plaintiff(s)*<br>v.<br>Brian O'Donnell<br>*Defendant(s)* | ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Brian O'Donnell
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
755 Main Street
Hartford, Connecticut 06103 2712

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Antoinette C. Taylor
P.O. Box 793
Shelbyville, Kentucky 40066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/26/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)*
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: