**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTOINETTE C. TAYLOR<br><br>Plaintiff,<br><br>v.<br><br>AT&T, INC., ET AL.,<br><br>Defendants. | Case No. 3:26-cv-00813-SFR<br><br>Judge Sarah F. Russell |

**DEFENDANT AT&T, INC.'S**
**<u>MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS</u>**

Defendant AT&T, Inc. respectfully moves the Court to stay this litigation as it pertains to AT&T and compel Plaintiff Antoinette Taylor to pursue her claims in arbitration. As set forth in more detail in the accompanying Memorandum in Support, Declaration of Andrew J. Schuddeboom, and exhibits thereto, Plaintiff and AT&T agreed that disputes between them would be resolved in arbitration before the American Arbitration Association. Thus, the Court should grant AT&T's Motion to Compel Arbitration and Stay Litigation and compel arbitration of Plaintiff's claims.

Dated: September 16, 2026

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Philip H. Bieler*

Philip H. Bieler (ct16252)
45 Rockefeller Plaza, 14th Floor
New York, NY10111
Telephone: (212) 847-2868
Facsimile: (212) 589-4201
Email: pbieler@bakerlaw.com

Kyle T. Cutts*
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216.861.7576
Facsimile: 216.696.0740
Email: kcutts@bakerlaw.com

*Attorneys for Defendant AT&T, Inc.*

**pro hac admission forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2026, I caused to be electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record. In addition, the filing was sent via postal mail to Plaintiff Taylor at the following address:

Antoinette C. Taylor
P.O. Box 793
Shelbyville, KY 40065

*/s/ Philip H. Bieler*
Philip H. Bieler