# EXHIBIT A

MobileNumber=[redacted]
AccountNumber=[redacted]
CustomerName=ANTOINETTE TAYLOR
Market=TNK
Site=050
AcceptanceDate=12/26/2012
AcceptanceTime=13:45:39
AcceptanceType=IVR

ContractElectronicAcceptance=YES

MobileNumber[redacted]
AccountNumber[redacted]
CustomerName=ANTOINETTE TAYLOR
Market=TNK
Site=050
AcceptanceDate=12/26/2012
AcceptanceTime=13:46:52
AcceptanceType=IVR
ContractElectronicAcceptance=YES