# EXHIBIT C

AT&T

ANTOINETTE C. TAYLOR
[redacted]


Issue Date: Mar 27, 2021
Account Number: [redacted]
Foundation Account: [redacted]

We've updated your contract, including arbitration terms, effective 5/5/21. Your continued use of AT&T service tells us you agree to these terms. See att.com/CSA and end of bill.

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.

Total due

$321.87

AutoPay is scheduled for:
Apr 16, 2021

## Account summary

| | |
|---|---|
| Your last bill | $305.71 |
| Payment, Mar 16 - Thank you! | -$305.71 |
| Remaining balance | $0.00 |

## Service summary

| | | |
|---|---|---|
| Wireless | *Page 2* | $321.87<br>Last Bill $305.71 Difference +$16.16 |
| Total services | | $321.87 |

**What's changed?**

*< Service changes*

## Total due $321.87

AutoPay is scheduled to charge your card on Apr 16, 2021

**Ways to pay and manage your account:**

**myAT&T app** iPhone and Android

**att.com/pay**

**Call 611 or 800.331.0500** TTY: 866.241.6567

**Scan to pay**

AT&T

ANTOINETTE C. TAYLOR
[redacted]

AutoPay of $321.87 is scheduled for Apr 16, 2021
Account number: [redacted]

AT&T MOBILITY
PO Box 536216
Atlanta, GA 30353-6216

[redacted]

AT&T


Issue Date: Mar 27, 2021
Account Number: [redacted]
Foundation Account: [redacted]

## Service activity

### Wireless

| Number | User | Page | Activity since last bill | Monthly charges Plan | Equipment | Add-ons | Surcharges & fees | Government taxes & fees | Total |
|---|---|---|---|---|---|---|---|---|---|
| Group 1 | | | | | | | | | |
| [redacted] | [redacted] | 2 | - | $50.00 | - | - | $4.63 | $1.11 | $55.74 |
| [redacted] | [redacted] | 3 | -$23.34 | $50.00 | $66.67 | $5.00 | $4.43 | $1.40 | $104.16 |
| [redacted] | [redacted] | 3 | - | $50.00 | - | - | $4.63 | $1.11 | $55.74 |
| Subtotal for Group 1 | | | -$23.34 | $150.00 | $66.67 | $5.00 | $13.69 | $3.62 | $215.64 |
| [redacted] | [redacted] | 4 | - | $20.00 | - | - | $7.45 | $2.33 | $29.78 |
| [redacted] | [redacted] | 5 | - | $20.00 | $6.67 | $40.00 | $7.45 | $2.33 | $76.45 |
| **Total** | | | **-$23.34** | **$190.00** | **$73.34** | **$45.00** | **$28.59** | **$8.28** | **$321.87** |

### Group 1
3 Devices

**Usage summary** (Feb 28 - Mar 27)

| *Number* | *User* | *Data (allowance)* | *Text (allowance)* | *Talk (allowance)* |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] (unlimited) | [redacted] (unlimited) | [redacted] (unlimited) |
| [redacted] | [redacted] | [redacted] (unlimited) | [redacted] (unlimited) | [redacted] (unlimited) |
| [redacted] | [redacted] | [redacted] (unlimited) | [redacted] (unlimited) | [redacted] (unlimited) |

*Usage is rounded up based on your plan. For more details on your Usage summary, visit att.com/myusage.*

### [redacted]

**Monthly charges** *Mar 28 - Apr 27*

1. Unlimited Elite - 3 Lines $60.00
   *Autopay & paperless bill included ($10 off)*
2. Discount for Signature AT&T Unlimited -$10.00
3. BasicVoiceMailNC $0.00
4. International Roaming - Expanded $0.00

**Surcharges & fees**

5. Administrative Fee $1.99
6. Federal Universal Service Charge $0.66

EXPLORE & ENJOY
AT&T is your all-in-one bundle solution


Call 866.739.4311 Click att.com/ExploreMoreATT
Advertised services not available in all areas.

[redacted] *continues...*

AT&T


Issue Date: Mar 27, 2021
Account Number: [redacted]
Foundation Account: [redacted]

[redacted] *continued*

| | | |
|---|---|---|
| 7. | Kentucky Lifeline Support Fund | $0.15 |
| 8. | Kentucky TAP/TRS Fee | $0.03 |
| 9. | Regulatory Cost Recovery Charge | $1.50 |
| 10. | State Gross Receipts Surcharge | $0.10 |
| 11. | Utility Surcharge for Schools | $0.20 |

**Government taxes & fees**

| | | |
|---|---|---|
| 12. | 911 Service Fee | $0.70 |
| 13. | KY State Sales Tax - Telecom | $0.41 |

## Total for [redacted] $55.74

[redacted]

**Activity since last bill** *Feb 28 - Mar 27*

| | | | | |
|---|---|---|---|---|
| 1. | Smartphone with Trade In Promo 5 of 30 | *Mar 11* | -$23.34 | < *One-time credit* |

**Monthly charges** *Mar 28 - Apr 27*

| | | |
|---|---|---|
| 2. | Unlimited Elite - 3 Lines<br>*Autopay & paperless bill included ($10 off)* | $60.00 |
| 3. | Discount for Signature AT&T Unlimited | -$10.00 |
| 4. | International Roaming - Expanded | $0.00 |
| 5. | VVM over Wi-Fi | $0.00 |
| 6. | Messages Backup & Sync | $0.00 |
| 7. | [redacted] - Installment 5 of 30 | $66.67 |
| 8. | AT&T Next Up(SM) - phone upgrade feature | $5.00 |

[redacted]

| | |
|---|---|
| Established on | Nov 11, 2020 |
| Amount financed | $1,999.99 |
| Installment 5 of 30<br>*(Mar 11, 2021)* | $66.67 |
| Balance remaining after current installment | $1,666.64 |

*To pay off your installment plan early, please visit att.com/payoffNEXT for details.*

**Surcharges & fees**

| | | |
|---|---|---|
| 9. | Administrative Fee | $1.99 |
| 10. | Federal Universal Service Charge | $0.66 |
| 11. | Kentucky Lifeline Support Fund | $0.15 |
| 12. | Kentucky TAP/TRS Fee | $0.03 |
| 13. | Regulatory Cost Recovery Charge | $1.50 |
| 14. | State Gross Receipts Surcharge | $0.10 |

**Government taxes & fees**

| | | |
|---|---|---|
| 15. | 911 Service Fee | $0.70 |
| 16. | KY State Sales Tax | $0.30 |
| 17. | KY State Sales Tax - Telecom | $0.40 |

## Total for [redacted] $104.16

[redacted]

**Monthly charges** *Mar 28 - Apr 27*

| | | |
|---|---|---|
| 1. | Unlimited Elite - 3 Lines<br>*Autopay & paperless bill included ($10 off)* | $60.00 |
| 2. | Discount for Signature AT&T Unlimited | -$10.00 |

[redacted] *continues...*

AT&T


Issue Date: Mar 27, 2021
Account Number: [redacted]
Foundation Account: [redacted]

[redacted] *continued*

| | | |
|---|---|---|
| 3. | International Roaming - Expanded | $0.00 |

**Surcharges & fees**

| | | |
|---|---|---|
| 4. | Administrative Fee | $1.99 |
| 5. | Federal Universal Service Charge | $0.66 |
| 6. | Kentucky Lifeline Support Fund | $0.15 |
| 7. | Kentucky TAP/TRS Fee | $0.03 |
| 8. | Regulatory Cost Recovery Charge | $1.50 |
| 9. | State Gross Receipts Surcharge | $0.10 |
| 10. | Utility Surcharge for Schools | $0.20 |

**Government taxes & fees**

| | | |
|---|---|---|
| 11. | 911 Service Fee | $0.70 |
| 12. | KY State Sales Tax - Telecom | $0.41 |

**Total for [redacted] $55.74**

[redacted]

**Monthly charges** *Mar 28 - Apr 27*

| | | |
|---|---|---|
| 1. | Wireless Internet - Unlimited Phone | $20.00 |
| 2. | International Roaming Block | $0.00 |

**Surcharges & fees**

| | | |
|---|---|---|
| 3. | Administrative Fee | $1.99 |
| 4. | Federal Universal Service Charge | $2.64 |
| 5. | Kentucky Lifeline Support Fund | $0.15 |
| 6. | Kentucky TAP/TRS Fee | $0.03 |
| 7. | Regulatory Cost Recovery Charge | $1.50 |
| 8. | State Gross Receipts Surcharge | $0.34 |
| 9. | Utility Surcharge for Schools | $0.80 |

**Government taxes & fees**

| | | |
|---|---|---|
| 10. | 911 Service Fee | $0.70 |
| 11. | KY State Sales Tax - Telecom | $1.63 |

**Total for [redacted] $29.78**

**Usage summary**

| Talk | *Used* |
|---|---|
| Wireless Internet - Unlimited Phone (unlimited) | [redacted] |

*Wireless continues...*

AT&T



Issue Date: Mar 27, 2021

Account Number: [redacted]

Foundation Account: [redacted]

*...Wireless continued*

[redacted]

| Monthly charges | Mar 28 - Apr 27 | |
|---|---|---|
| 1. Wireless Internet - Voice | | $20.00 |
| 2. International Roaming Block | | $0.00 |
| 3. Wireless Internet - 50GB 4G LTE | | $40.00 |
| 4. [redacted] Installment 15 of 30 | | $6.67 |

| Surcharges & fees | |
|---|---|
| 5. Administrative Fee | $1.99 |
| 6. Federal Universal Service Charge | $2.64 |
| 7. Kentucky Lifeline Support Fund | $0.15 |
| 8. Kentucky TAP/TRS Fee | $0.03 |
| 9. Regulatory Cost Recovery Charge | $1.50 |
| 10. State Gross Receipts Surcharge | $0.34 |
| 11. Utility Surcharge for Schools | $0.80 |

| Government taxes & fees | |
|---|---|
| 12. 911 Service Fee | $0.70 |
| 13. KY State Sales Tax - Telecom | $1.63 |

**Total for [redacted] $76.45**

**Total for Wireless $321.87**

[redacted]

| | |
|---|---|
| Established on | Jan 26, 2020 |
| Amount financed | $199.99 |
| Installment 15 of 30 *(Mar 26, 2021)* | $6.67 |
| Balance remaining after current installment | $99.94 |

*To pay off your installment plan early, please visit att.com/payoffNEXT for details.*

## News you can use

**We have updated your contract terms**
We have consolidated contract terms for certain AT&T services (AT&T Wireless, AT&T PREPAID, AT&T Phone, AT&T Fiber, Internet, Fixed Wireless, and DSL) into one simplified Consumer Service Agreement at att.com/ConsumerServiceAgreement. Effective 5/5/2021, your continued use of AT&T service tells us you agree to these terms, including the updated clause requiring you and us to resolve disputes by individual arbitration and not by jury trial or class action. For details, go to att.com/CSA

**It's as simple as can be to add a line**
Find out how our much you can save when you add a line for family and friends to your current plan. Learn more: 855.894.5993.

**Discover more from AT&T**
Sometimes more is better, especially when it's AT&T services. Now enjoy premium AT&T Internet, Wireless, & TV. Call 844.872.9399.

## Important information

**Late payment fee**
The late payment fee for consumer and Signature bills not paid in full by the payment due date is up to $7.00.

**Electronic check conversion**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically.

**Surcharges and other fees**
AT&T imposes additional charges on a per line basis, including federal and state universal service charges, an Administrative Fee (to defray certain expenses including charges AT&T or its agents pay to interconnect with other carriers to deliver calls from AT&T customers to their customers, and charges associated with cell site rents and maintenance), and a Regulatory Cost Recovery Charge (to recover costs of compliance with certain government imposed regulatory requirements, including Wireless Number Portability and Number Pooling, and E911). These fees are not taxes or charges that the government requires AT&T to collect from its customers. See att.com/mobilityfees for details.

*Important information continues...*

*...Important information continued*

**AT&T Mobility Center for customers with disabilities**
Questions on accessibility by persons with disabilities: 866.241.6568.

**Written correspondence**
Do not send notes/letters with payment. We cannot guarantee receipt. Send notes/letters to AT&T, P.O. Box 5074, Carol Stream, Illinois 60197-5074 or FAX 314.242.0792.

**Wireless DirectBill charges**
Detail of DirectBill charges can be viewed at att.com/db. The direct billing option offers you the ability to purchase content, goods and features such as apps, games, donations, and services from AT&T and other companies by applying charges to your wireless account.

**911 calling with TTY and Real-Time Text**
Due to technical limitations, Wi-Fi Calling and NumberSync cannot be used with TTY devices and cannot support 911 calls over TTY devices. Persons with communications disabilities can use Real-Time Text (www.att.com/RTT) as an alternative to TTY. 911 services can be reached by either: (1) calling 911 using Real-Time Text or (2) calling 911 directly using a TTY over the cellular network or from a landline telephone, or (3) sending a text message to 911 directly (in areas where text-to-911 is available) from a wireless device, or (4) using relay services to place a TTY or captioned telephone service (CTS) call from a wireless phone over the cellular network or from a landline telephone, or (5) using relay services to place a IP Relay or IP CTS call over a cellular data or other IP network.

**Tax ID**
AT&T Mobility Tax ID 84-1659970

Wireless Services provided by AT&T Mobility, LLC.
© 2021 AT&T Intellectual Property. All rights reserved.

AT&T

Issue Date: Apr 27, 2021
Account Number: [redacted]
Foundation Account [redacted]

Your bill details begin on the next page



# We're bringing you access to an even better network.

We're always working to improve our network, so you get the best possible wireless service.

That's why, in February 2022, we're saying goodbye to our 3G network and bringing you access to a better one. You'll still get to do all the things you love — only faster.

Go to **att.com/beyond3G** for more information.

0421FTA1

AT&T

ANTOINETTE C. TAYLOR
[redacted]

**Credit balance: -$45.60**
**No payment is required**
Account number: [redacted]

AT&T MOBILITY
PO Box 536216
Atlanta, GA 30353-6216

[redacted]

AT&T

Issue Date: Apr 27, 2021
Account Number: [redacted]
Foundation Account: [redacted]

© 2021 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.

[redacted] [redacted]

AT&T

ANTOINETTE C. TAYLOR
[redacted]


Issue Date: Apr 27, 2021
Account Number: [redacted]
Foundation Account: [redacted]

We've updated your contract, including arbitration terms, effective 5/5/21. Your continued use of AT&T service tells us you agree to these terms. See att.com/CSA and end of bill.

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.

Credit balance
-$45.60
No payment is required

## Account summary

| | | |
|---|---|---|
| Your last bill | | $321.87 |
| Payment, Apr 16 - Thank you! | *Page 2* | -$321.87 |
| Adjustments | *Page 2* | -$367.66 |
| **Credit balance** | | **-$367.66** |

## Service summary

| | | |
|---|---|---|
| Wireless | *Page 2* | $322.06 |
| **Total services** | | **$322.06** |

**Credit balance** **-$45.60**
No payment is required

**Ways to pay and manage your account:**

**myAT&T app**
iPhone and Android

**att.com/pay**

**Call 611 or 800.331.0500**
TTY: 866.241.6567

Scan to pay

AT&T


Issue Date: Apr 27, 2021
Account Number: [redacted]
Foundation Account: [redacted]

## Account activity

| | | |
|---|---|---|
| **Your last bill** | | $321.87 |
| **Payments** | | |
| 1. Visa payment posted | *Apr 16* | -$321.87 |
| **Total for payments** | | -$321.87 |
| **Adjustments** | | |
| 2. Wireless - Recurring Charge Adjustment [redacted] | *Apr 26* | -$60.00 |
| 3. Wireless - Government Fees and Taxes [redacted] | *Apr 26* | -$13.83 |
| 4. Wireless - Courtesy Credit [redacted] | *Apr 26* | -$100.00 |
| 5. Wireless - Data Monthly Charge Credit [redacted] | *Apr 26* | -$120.00 |
| 6. Wireless - Recurring Charge Adjustment [redacted] | *Apr 26* | -$60.00 |
| 7. Wireless - Government Fees and Taxes [redacted] | *Apr 26* | -$13.83 |
| **Total for adjustments** | | -$367.66 |
| **Credit balance** | | **-$367.66** |

## Service activity

### Wireless

| *Number* | *User* | *Page* | **Activity since last bill** | *Plan* (**Monthly charges**) | *Equipment* | *Add-ons* | **Surcharges & fees** | **Government taxes & fees** | **Total** |
|---|---|---|---|---|---|---|---|---|---|
| Group 1 | | | | | | | | | |
| [redacted] | [redacted] | 3 | - | $50.00 | - | - | $4.64 | $1.11 | $55.75 |
| [redacted] | [redacted] | 3 | -$23.34 | $50.00 | $66.67 | $5.00 | $4.44 | $1.40 | $104.17 |
| [redacted] | [redacted] | 4 | - | $50.00 | - | - | $4.64 | $1.11 | $55.75 |
| Subtotal for Group 1 | | | -$23.34 | $150.00 | $66.67 | $5.00 | $13.72 | $3.62 | $215.67 |
| [redacted] | [redacted] | 4 | - | $20.00 | - | - | $7.53 | $2.33 | $29.86 |
| [redacted] | [redacted] | 5 | - | $20.00 | $6.67 | $40.00 | $7.53 | $2.33 | $76.53 |
| **Total** | | | **-$23.34** | **$190.00** | **$73.34** | **$45.00** | **$28.78** | **$8.28** | **$322.06** |

## Group 1
3 Devices

*Group 1 continues...*

AT&T



Issue Date: Apr 27, 2021
Account Number: [redacted]
Foundation Account [redacted]

*...Group 1 continued*

**Usage summary** (Mar 28 - Apr 27)

| *Number* | *User* | *Data (allowance)* | *Text (allowance)* | *Talk (allowance)* |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] (unlimited) | [redacted] (unlimited) | [redacted] (unlimited) |
| [redacted] | [redacted] | [redacted] (unlimited) | [redacted] (unlimited) | [redacted] (unlimited) |
| [redacted] | [redacted] | [redacted] (unlimited) | [redacted] (unlimited) | [redacted] (unlimited) |

*Usage is rounded up based on your plan. For more details on your Usage summary, visit att.com/myusage.*

## [redacted]

| **Monthly charges** | *Apr 28 - May 27* | |
|---|---|---|
| 1. Unlimited Elite - 3 Lines<br>*Autopay & paperless bill included ($10 off)* | | $60.00 |
| 2. Discount for Signature AT&T Unlimited | | -$10.00 |
| 3. BasicVoiceMailNC | | $0.00 |
| **Surcharges & fees** | | |
| 4. Administrative Fee | | $1.99 |
| 5. Federal Universal Service Charge | | $0.67 |
| 6. Kentucky Lifeline Support Fund | | $0.15 |
| 7. Kentucky TAP/TRS Fee | | $0.03 |
| 8. Regulatory Cost Recovery Charge | | $1.50 |
| 9. State Gross Receipts Surcharge | | $0.10 |
| 10. Utility Surcharge for Schools | | $0.20 |
| **Government taxes & fees** | | |
| 11. 911 Service Fee | | $0.70 |
| 12. KY State Sales Tax - Telecom | | $0.41 |
| **Total for** [redacted] | | **$55.75** |




**ENJOY & EXPLORE**
AT&T is your all-in-one bundle solution
Call **866.784.9671** Click **att.com/BundleItUp**
Advertised services not available in all areas.


## [redacted]

| **Activity since last bill** | *Mar 28 - Apr 27* | | |
|---|---|---|---|
| 1. Smartphone with Trade In Promo 6 of 30 | *Apr 11* | -$23.34 | *< One-time credit* |

| **Monthly charges** | *Apr 28 - May 27* | |
|---|---|---|
| 2. Unlimited Elite - 3 Lines<br>*Autopay & paperless bill included ($10 off)* | | $60.00 |
| 3. Discount for Signature AT&T Unlimited | | -$10.00 |
| 4. VVM over Wi-Fi | | $0.00 |
| 5. Messages Backup & Sync | | $0.00 |
| 6. [redacted] - Installment 6 of 30 | | $66.67 |
| 7. AT&T Next Up(SM) - phone upgrade feature | | $5.00 |
| **Surcharges & fees** | | |
| 8. Administrative Fee | | $1.99 |

[redacted] [redacted]

| | |
|---|---|
| Established on | Nov 11, 2020 |
| Amount financed | $1,999.99 |
| Installment 6 of 30<br>*(Apr 11, 2021)* | $66.67 |
| Balance remaining after current installment | $1,599.97 |

***To pay off your installment plan early, please visit att.com/payoffNEXT for details.***

[redacted] *continues...*

AT&T



[redacted] *continued*

| | | |
|---|---|---|
| 9. | Federal Universal Service Charge | $0.67 |
| 10. | Kentucky Lifeline Support Fund | $0.15 |
| 11. | Kentucky TAP/TRS Fee | $0.03 |
| 12. | Regulatory Cost Recovery Charge | $1.50 |
| 13. | State Gross Receipts Surcharge | $0.10 |

**Government taxes & fees**

| | | |
|---|---|---|
| 14. | 911 Service Fee | $0.70 |
| 15. | KY State Sales Tax | $0.30 |
| 16. | KY State Sales Tax - Telecom | $0.40 |

**Total for** [redacted] **$104.17**

[redacted]

**Monthly charges** *Apr 28 - May 27*

| | | |
|---|---|---|
| 1. | Unlimited Elite - 3 Lines<br>*Autopay & paperless bill included ($10 off)* | $60.00 |
| 2. | Discount for Signature AT&T Unlimited | -$10.00 |

**Surcharges & fees**

| | | |
|---|---|---|
| 3. | Administrative Fee | $1.99 |
| 4. | Federal Universal Service Charge | $0.67 |
| 5. | Kentucky Lifeline Support Fund | $0.15 |
| 6. | Kentucky TAP/TRS Fee | $0.03 |
| 7. | Regulatory Cost Recovery Charge | $1.50 |
| 8. | State Gross Receipts Surcharge | $0.10 |
| 9. | Utility Surcharge for Schools | $0.20 |

**Government taxes & fees**

| | | |
|---|---|---|
| 10. | 911 Service Fee | $0.70 |
| 11. | KY State Sales Tax - Telecom | $0.41 |

**Total for** [redacted] **$55.75**

[redacted]

**Monthly charges** *Apr 28 - May 27*

| | | |
|---|---|---|
| 1. | Wireless Internet - Unlimited Phone | $20.00 |
| 2. | International Roaming Block | $0.00 |

**Surcharges & fees**

| | | |
|---|---|---|
| 3. | Administrative Fee | $1.99 |
| 4. | Federal Universal Service Charge | $2.72 |
| 5. | Kentucky Lifeline Support Fund | $0.15 |

**Usage summary**

| Talk | *Used* |
|---|---|
| Wireless Internet - Unlimited Phone (unlimited) | [redacted] |

[redacted] *continues...*

AT&T


Issue Date: Apr 27, 2021
Account Number: [redacted]
Foundation Account: [redacted]

[redacted] *continued*

| | | |
|---|---|---|
| 6. | Kentucky TAP/TRS Fee | $0.03 |
| 7. | Regulatory Cost Recovery Charge | $1.50 |
| 8. | State Gross Receipts Surcharge | $0.34 |
| 9. | Utility Surcharge for Schools | $0.80 |

**Government taxes & fees**

| | | |
|---|---|---|
| 10. | 911 Service Fee | $0.70 |
| 11. | KY State Sales Tax - Telecom | $1.63 |

**Total for** [redacted] **$29.86**

[redacted]

**Monthly charges** *Apr 28 - May 27*

| | | |
|---|---|---|
| 1. | Wireless Internet - Voice | $20.00 |
| 2. | International Roaming Block | $0.00 |
| 3. | Wireless Internet - 50GB 4G LTE | $40.00 |
| 4. | [redacted] Installment 16 of 30 | $6.67 |

**Surcharges & fees**

| | | |
|---|---|---|
| 5. | Administrative Fee | $1.99 |
| 6. | Federal Universal Service Charge | $2.72 |
| 7. | Kentucky Lifeline Support Fund | $0.15 |
| 8. | Kentucky TAP/TRS Fee | $0.03 |
| 9. | Regulatory Cost Recovery Charge | $1.50 |
| 10. | State Gross Receipts Surcharge | $0.34 |
| 11. | Utility Surcharge for Schools | $0.80 |

**Government taxes & fees**

| | | |
|---|---|---|
| 12. | 911 Service Fee | $0.70 |
| 13. | KY State Sales Tax - Telecom | $1.63 |

**Total for** [redacted] **$76.53**

**Total for Wireless** **$322.06**

[redacted]

| | |
|---|---|
| Established on | Jan 26, 2020 |
| Amount financed | $199.99 |
| Installment 16 of 30 *(Apr 26, 2021)* | $6.67 |
| Balance remaining after current installment | $93.27 |

*To pay off your installment plan early, please visit att.com/payoffNEXT for details.*

## News you can use

**We have updated your contract terms**
We have consolidated contract terms for certain AT&T services (AT&T Wireless, AT&T PREPAID, AT&T Phone, AT&T Fiber, Internet, Fixed Wireless, and DSL) into one simplified Consumer Service Agreement at att.com/ConsumerServiceAgreement. Effective 5/5/2021, your continued use of AT&T service tells us you agree to these terms, including the updated clause requiring you and us to resolve disputes by individual arbitration and not by jury trial or class action. For details, go to att.com/CSA

**Don't just kinda TV**
DIRECTV! Watch your favorite shows and movies virtually anytime, anywhere. Plus, sports are always in season with DIRECTV. Switch today, call 888.333.7954.

**Get more from AT&T**

*News you can use continues...*

*...News you can use continued*

Simplify with an AT&T bundle on AT&T TV, Internet, Wireless and other premium services. Discover all that AT&T can deliver and get the best value. Let us help you find the best deals: 866.789.4801.

## Important information

**Late payment fee**
The late payment fee for consumer and Signature bills not paid in full by the payment due date is up to $7.00.

**Electronic check conversion**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically.

**Surcharges and other fees**
AT&T imposes additional charges on a per line basis, including federal and state universal service charges, an Administrative Fee (to defray certain expenses including charges AT&T or its agents pay to interconnect with other carriers to deliver calls from AT&T customers to their customers, and charges associated with cell site rents and maintenance), and a Regulatory Cost Recovery Charge (to recover costs of compliance with certain government imposed regulatory requirements, including Wireless Number Portability and Number Pooling, and E911). These fees are not taxes or charges that the government requires AT&T to collect from its customers. See att.com/mobilityfees for details.

**AT&T Mobility Center for customers with disabilities**
Questions on accessibility by persons with disabilities: 866.241.6568.

**Written correspondence**
Do not send notes/letters with payment. We cannot guarantee receipt. Send notes/letters to AT&T, P.O. Box 5074, Carol Stream, Illinois 60197-5074 or FAX 314.242.0792.

**Wireless DirectBill charges**
Detail of DirectBill charges can be viewed at att.com/db. The direct billing option offers you the ability to purchase content, goods and features such as apps, games, donations, and services from AT&T and other companies by applying charges to your wireless account.

**911 calling with TTY and Real-Time Text**
Due to technical limitations, Wi-Fi Calling and NumberSync cannot be used with TTY devices and cannot support 911 calls over TTY devices. Persons with communications disabilities can use Real-Time Text (www.att.com/RTT) as an alternative to TTY. 911 services can be reached by either: (1) calling 911 using Real-Time Text or (2) calling 911 directly using a TTY over the cellular network or from a landline telephone, or (3) sending a text message to 911 directly (in areas where text-to-911 is available) from a wireless device, or (4) using relay services to place a TTY or captioned telephone service (CTS) call from a wireless phone over the cellular network or from a landline telephone, or (5) using relay services to place a IP Relay or IP CTS call over a cellular data or other IP network.

**Tax ID**
AT&T Mobility Tax ID 84-1659970

Wireless Services provided by AT&T Mobility, LLC.
© 2021 AT&T Intellectual Property. All rights reserved.