# EXHIBIT H

[redacted]

04/03/2026

I have reviewed and agree to the rates, terms, and conditions for the wireless products and services described in the Consumer Service Agreement (including limitation of liability and arbitration provisions) and the Customer Service Summary, both of which were made available to me prior to my signing. If buying an iPhone, I agree that use of the iPhone acts as an acceptance of the Apple and third party terms and conditions included with the iPhone. I am aware AT&T's network management practices are available at att.com/broadbandinfo.

